UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TOMARCUS PORTER | CIVIL ACTION |
| VERSUS | NO. 25-0691 |
| LANCE WALLACE, ET AL. | SECTION "I" (2) |

## ORDER AND REASONS

Pending before me is plaintiff Tomarcus Porter's Motion to Reopen Case (ECF No. 8). Porter filed a complaint pursuant to 42 U.S.C. § 1983 for which he seeks to leave to proceed *in forma pauperis*. At the time, Porter did not submit a completed, signed application to proceed as a pauper nor did he provide the Court with the inmate account certification required by law and which is necessary to properly consider his eligibility to proceed *in forma pauperis*.[1] Porter did, however, also file a Motion for Financial Statement of Account (ECF No. 3), explaining that he has repeatedly requested inmate banking at David Wade Correctional Center to provide his statement of account but not received any response; thus, he asked the Court to order the facility to provide this information. Porter has now provided an application to proceed as a pauper including the relevant signature page as required by Fed. R. Civ. Pro. 11(a), and the facility has provided a certified copy of Plaintiff's trust fund account, or the institutional equivalent, in compliance with 28 U.S.C. § 1915(a)(2). ECF No. 8 at 2; No. 9.

Accordingly, considering the plaintiff's Motion to Reopen Case (ECF No. 8),

**IT IS ORDERED** that plaintiff Tomarcus Porter's Motion to Reopen Case (ECF No. 8) with his application to proceed as a pauper is **GRANTED.**

---

[1] *See* Fed. R. Civ. Proc. 11(a); 28 U.S.C. § 1915(a)(2).

**IT IS FURTHER ORDERED** that the sum of $-2.00- , as an initial partial payment of the filing fee, is to be forwarded to the Clerk of Court by the Sheriff, Warden, or authorized prison official when funds exist in the inmate's prisoner account.

**IT IS FURTHER ORDERED** that, after payment of the initial filing fee, plaintiff is required to make monthly payments of 20 percent of the preceding month's income credited to his account until the full amount of the filing fee is paid.   The Sheriff, Warden, or authorized prison official **SHALL** forward such payments from the inmate's account to the Clerk of Court, 500 Poydras Street, Rm. C-151, New Orleans, LA 70130, each time the amount in the inmate's account exceeds $10 until the balance of the $350.00 filing fee is paid.

**IT IS FURTHER ORDERED** that, if plaintiff is transferred to another facility or released from custody, the Sheriff, Warden, or authorized prison official shall notify the Court of the inmate's new facility or forwarding address within 30 days of the inmate's transfer or release.

**IT IS FURTHER ORDERED** that the Clerk is directed to **WITHHOLD** issuance of summons until further order of the Court.

New Orleans, Louisiana, this  17th   day of July, 2025.

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

Clerk to notify FINANCIAL
and serve by mail:
Warden, David Wade Correctional Center
670 Bell Hill Rd
Homer, LA 71040
**ATTN:   Inmate Banking**