UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TOMARCUS PORTER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-691** |
| **LANCE WALLACE, ET AL.** | **SECTION "I" (2)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation[1] of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff Tomarcus Porter's 42 U.S.C. § 1983 complaint against defendants Lance Wallace, Henry McMurry, Russell Roberts, Zachery Thigpen, Caleb Lemire, Dereck Mingo, Austin Seals, Daniel Boyd, and Thomas Mitchell be **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915, § 1915A and 42 U.S.C. § 1997e as frivolous and for failure to state a claim for which relief can be granted.

New Orleans, Louisiana, this 5th day of March, 2026.

　　　　　　　　　　　　　　　　　　　LANCE M. AFRICK
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. No. 15